■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LESTER GITTENS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldman, J.),

rendered June 4, 1987, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's sole contention on appeal is that the trial court's response to the jury's request for a readback of the bulk of the trial testimony constituted an abuse of discretion. This contention was not preserved for appellate review (see, CPL 470.05 [2]). In any event, in light of the facts and circumstances of this case, no error was committed (see, CPL 310.30; *People v Malloy,* 55 NY2d 296; *cf., People v Andino,* 113 AD2d 944; *People v Arcarola,* 96 AD2d 1081). Mangano, J. P., Brown, Rubin and Kooper, JJ., concur.